**Order entered January 21, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00589-CV

## IN THE INTEREST OF L.M.T., A CHILD

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-18-19417**

## ORDER

Before the Court is appellant's January 6, 2019 third motion for extension of time to file his opening brief. Appellant explains the extension is necessary because he is awaiting a supplemental clerk's record containing a copy of the original petition. He requests he be allowed to file his brief within fourteen days of the supplemental record being filed.

We note the supplemental clerk's record was filed October 25, 2019. Accordingly, we **GRANT** the motion to the extent we **ORDER** appellant to file his brief no later than February 4, 2020. We caution appellant that further extension requests will be disfavored.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE